

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  1/12/2021 |

January 11, 2021

**VIA ECF**
Hon. Judge Analisa Torres
**United States District Court**
**Southern District of New York**
**500 Pearl Street**
**New York, NY 10007**

   Re: <u>Cruz v. Taurus Holdings, Inc.</u>*; Civil Action No. 1:20-cv-09677-AT*

Dear Judge Torres,

   The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

   The initial conference for this matter is set for January 19, 2021 at 11:20 a.m. It is now January 11, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

   In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

   Thank you for your time and consideration of the above request.

GRANTED.  The initial pretrial conference scheduled for January 19, 2021, is ADJOURNED to **February 18, 2021**, at **10:40 a.m**.  By **February 11, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 12, 2021
   New York, New York

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

**ANALISA TORRES**
**United States District Judge**